# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Neguse, et al.

**v.**
U.S. Immigr. & Customs Enf't, et al.

**Case No:** 26-5072

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Joe Neguse, et al.

*See attached for full list of parties.

### Counsel Information

Lead Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

2nd Counsel: Ronald A. Fein

Direct Phone: ( 202 ) 869-5246  Fax: ( 202 ) 871-6523  Email: ron.fein@americanoversight.org

3rd Counsel: Katherine M. Anthony

Direct Phone: ( 202 ) 897-3918  Fax: ( 202 ) 871-6523  Email: katherine.anthony@americanoversight.org

Firm Name: American Oversight

Firm Address: 1030 15th Street NW, B255

Firm Phone: ( 202 ) 869-5246  Fax: ( 202 ) 871-6523  Email: info@americanoversight.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

**Neguse, et al. v ICE, et al.**
**D.C. Cir., No. 26-5072**

<u>Full List of Represented Parties</u>

- JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives,
- ADRIANO ESPAILLAT, in his official capacity as a Member of the U.S. House of Representatives,
- BENNIE G. THOMPSON, in his official capacity as a Member of the U.S. House of Representatives,
- JAMIE RASKIN, in his official capacity as a Member of the U.S. House of Representatives,
- ROBERT GARCIA, in his official capacity as a Member of the U.S. House of Representatives,
- J. LUIS CORREA, in his official capacity as a Member of the U.S. House of Representatives,
- JASON CROW, in his official capacity as a Member of the U.S. House of Representatives,
- VERONICA ESCOBAR, in her official capacity as a Member of the U.S. House of Representatives,
- DANIEL S. GOLDMAN, in his official capacity as a Member of the U.S. House of Representatives,
- JIMMY GOMEZ, in his official capacity as a Member of the U.S. House of Representatives,
- RAUL RUIZ, in his official capacity as a Member of the U.S. House of Representatives,
- NORMA TORRES, in her official capacity as a Member of the U.S. House of Representatives,
- KELLY MORRISON, in her official capacity as a Member of the U.S. House of Representatives.

<u>Counsel Information, Continued</u>

Jessica Jensen*
Direct Phone: (202) 869-5246
Fax: (202) 871-6523
Email: jessica.jensen@americanoversight.org
Daniel H. Martinez*
Direct Phone: (202) 897-2465
Fax: (202) 871-6523
Email: danny.martinez@americanoversight.org

*application for admission forthcoming*