**[ORAL ARGUMENT NOT YET SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| JOE NEGUSE, in his capacity as a Member of the U.S. House of Representatives, et al., <br><br>         Plaintiffs-Appellees, <br><br>     v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br>         Defendants-Appellants. | No. 26-5072 |

**NONBINDING STATEMENT**
**OF ISSUES TO BE RAISED ON APPEAL**

Defendants-appellants anticipate raising the following issue:

Whether the district court erred in staying, pursuant to 5 U.S.C. § 705, a policy requiring members of Congress to provide seven days' advance notice before visiting an Immigration and Customs Enforcement detention facility, including but not limited to because (1) the Members lack Article III standing; (2) the Members lack a cause of action; (3) the Members are otherwise unlikely to succeed on the merits; and (4) the remaining equitable factors counseled against a stay.

Respectfully submitted,

MICHAEL S. RAAB
*/s/ Steven A. Myers*
STEVEN A. MYERS
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7232*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   (202) 305-8648

Dated: April 2, 2026