
DEMOCRACY
FORWARD

July 13, 2026

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue NW
Washington, D.C. 20001

Via CM/ECF

      Re:   *Neguse v. U.S. Immigration and Customs Enforcement*,
           No. 26-5072

Dear Mr. Cislak:

     In accordance with the May 15, 2026, notice to counsel, I write to advise the Court of a period of unavailability for oral argument. Undersigned counsel will be on leave and therefore unavailable from September 14 through 22, 2026. Counsel would be grateful if the oral argument in this case were scheduled for a date outside of that period of unavailability.

                Respectfully submitted,

                */s/ Christine L. Coogle*
                Christine L. Coogle

                *Counsel for plaintiffs-appellees*

cc: counsel of record (via CM/ECF)